## Sam Adams, Appellant, v. George Newman, Appellee.
## Same v. Milford Croft, Appellee.
## Same v. Emory Willis, Appellee.

(Decided Dec. 3, 1937.)

ANDREW E. AUXIER and CHARLES W. MORRIS for appellant.
FRENCH HAWK and BRUCE & BULLITT for appellees.

OPINION OF THE COURT BY MORRIS, COMMISSIONER— Affirming.

The facts in each of the above-styled cases, and the questions of law presented, do not materially differ from such as are presented and discussed in the opinion this day rendered in the case of Sam Adams v. Gordon Hilton, and for the reasons therein given each is affirmed. For the Hilton Case, see 270 Ky. 818, — S. W. (2d) — .